# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

February 20, 2019

**By ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Santos de Oliveira, et al. v. Scores Holding Company., et al.
U.S.D.C., S.D.N.Y. Index No. 18-cv-6769 (GBD)

Your Honor:

We represent the Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to respectfully request that the Court adjourn the conference presently scheduled for February 21, 2019 at 9:45 a.m. The requested adjournment is necessary because the parties are scheduled for mediation on March 15, 2018, which could potentially resolve this case without the need for further expenditure of judicial resources, and weather-related issues with Defendant making an appearance in-person tomorrow. The parties apologize for the lateness of this request.

Thank you for the Court's attention to this matter.

Respectfully Submitted,

/s/ Shawn Clark
Shawn Clark
*Attorney for Plaintiff*