# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

March 12, 2019

**By ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　Re:　　Santos de Oliveira, et al. v. Scores Holding Company., et al.
　　　　　　　　　　　U.S.D.C., S.D.N.Y. Index No. 18-cv-6769 (GBD)

Your Honor:

　　　　We represent the Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to respectfully request that the referral to mediation in this matter be postponed to a date later in this action, at the parties' request. The requested relief is necessary because, after extensive settlement discussions between the parties, the parties agree that additional discovery is necessary in order to conduct a meaningful mediation and move the parties' settlement positions. The parties have informed our assigned mediator that we agree a mediation at this time will be unproductive, but that we will be interested in mediating the case with her later on in this action. The parties believe the conference before Your Honor on April 18, 2019 may proceed as scheduled.

　　　　Thank you for the Court's attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shawn Clark
　　　　　　　　　　　　　　　　　　　　　　　　　　Shawn Clark
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*