# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620



February 5, 2020

**SO ORDERED**

**By ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The February 6, 2020 conference is adjourned to March 26, 2020 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: Santos de Oliveira, et al. v. Scores Holding Company., et al.
U.S.D.C., S.D.N.Y. Index No. 18-cv-6769 (GBD)

Your Honor:

We represent the Plaintiff in the above-referenced matter. Due to a family emergency, plaintiffs' counsel is unable to attend the conference scheduled for February 6, 2020. Therefore, we respectfully request an adjournment of the February 6, 2020 conference. Defense counsel consents to the request.

Thank you for the Court's attention to this matter.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy
Gennadiy Naydenskiy
Attorneys for Plainitff, the Putative
collective Plaintiffs and Putative
Class Members

*Certified as a minority-owned business in the State of New York*