**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

LUISA SATOS DE OLIVEIRA, *individually and on behalf of others similarly situated*,

                     Plaintiff,

-against-

SCORES HOLDING COMPANY INC.; CLUB AZURE LLC; ROBERT GANS; MARK S. YACKOW; HOWARD ROSENBLUTH,

                     Defendants.

------------------------------------ x



ORDER

18 Civ. 6769 (GBD)

GEORGE B. DANIELS, District Judge:

The October 1, 2020 status conference is adjourned to December 17, 2020 at 9:45 a.m. Per this Court's August 10, 2020 order, (ECF No. 46), the parties are ordered to submit a letter, at least 30 days prior to the next conference date, apprising this Court as to the status of this matter and suggesting any potential trial dates.

Dated: September 30, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE