# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

December 16, 2020

**BY ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: JAN 04, 2021

Re:     Santos de Oliveira, et al. v. Scores Holding Company., et al.
        U.S.D.C., S.D.N.Y. Index No. 18-cv-6769 (GBD)

Dear Judge Daniels:

We represent Plaintiff in the above referenced matter. We write, jointly with Defendants,

to respectfully request that the December 17, 2020 conference be adjourned. and a 3 month

deadline to complete discovery[1].

We thank the Court for its attention to this matter.

**SO ORDERED:**

_George B. Daniels, U.S.D.J._

Dated:  JAN 4, 2021

Respectfully Submitted,
/s/ *Gennadiy Naydenskiy*
Gennadiy Naydenskiy

---

[1] We respectfully request that the next conference be held remotely.

*Certified as a minority-owned business in the State of New York*