UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

LUISA SATOS DE OLIVEIRA, *individually and on behalf of others similarly situated*,

                                Plaintiff,

-against-

SCORES HOLDING COMPANY INC.; CLUB AZURE LLC; ROBERT GANS; MARK S. YACKOW; HOWARD ROSENBLUTH,

                                Defendants.

------------------------------------------------------------ X

ORDER

18 Civ. 06769 (GBD)

GEORGE B. DANIELS, District Judge:

The Court will hear oral argument on Defendants' Motion for Summary Judgment, (ECF No. 64), on December 15, 2021 at 10:30 a.m.

Dated: October 18, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE