**ALISON I. BLAINE, ESQ**
34-35 Steinway Street
Astoria, NY 11101

T: (201) 681-6733
E: ablaine@metlumber.com

May 2, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2023
```

<u>Via ECF</u>
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

        Re:  *Santos de Oliveira v. Scores Holding Company, Inc., et al*
             Index No. 1:18-cv-06769-GBD

Your Honor:

    As counsel to Defendant Club Azure, LLC, aka Scores NY ("Club Azure"), I am writing to request an adjournment of the evidentiary hearing on May 4, 2023 at 2 p.m. [1]

    On March 22, 2023, I filed a Motion to be relieved as Defendant Club Azure's counsel because I have had absolutely no contact with the Defendant since Scores NY permanently closed as a result of the COVID pandemic and since the passing of its' Chief Operating Officer, Mark Yackow on October 12, 2020. The Motion is still pending before Your Honor.

    No previous application for an adjournment has been made. Thank you in advance for Your Honor's prompt attention to this matter.

                      Respectfully submitted,

                      /s/ *Alison I. Blaine*

                      ALISON I. BLAINE
                      *Attorney for Defendant Club Azure*

cc   Khalil Huey, Esq
      CSM Legal, P.C.
      One Grand Central Place
      60 East 42nd Street, Suite 4510
      New York, NY 10165
      Tel: (212) 317-1200
      khuey@csm-legal.com
      *Attorneys for Plaintiff*

**SO ORDERED:**

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER   5/2/2023
UNITED STATES MAGISTRATE JUDGE

> Counsel's request to adjourn the conference is DENIED. Counsel's motion to withdraw from the case has not yet been decided. As such, counsel shall provide notice to Club Azure that both counsel and client are expected to attend the conference.

---

[1] Plaintiffs voluntarily discontinued all claims against all of the [text cut off by order box]